


DEC 1 4 2022

BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff,*<br><br>v.<br><br>DUSTIN KEITH DEATHERAGE and<br>COURTNEY NICOLE DEATHERAGE,<br><br>              *Defendants.* | SEALED<br><br>Case No. **CR 22-169 RAW** |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### USE OF INTERSTATE FACILITY IN MURDER-FOR-HIRE
[18 U.S.C. §§ 1958 & 2]

On or about January 21, 2021, within the Eastern District of Oklahoma and elsewhere, **DUSTIN KEITH DEATHERAGE** and **COURTNEY NICOLE DEATHERAGE**, defendants, used an interstate commerce facility, to wit: a telephone, with the intent that the murder of T.R. be committed, in violation of the laws of the State of Oklahoma, as consideration for receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: $500.00. All in violation of Title 18, United States Code, Sections 1958 and 2.

### FORFEITURE ALLEGATION
[18 U.S.C. §§ 924(d), 981(a)(1)(C) & 28 U.S.C. § 2461(c)]

    1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 1958, the defendants, **DUSTIN KEITH DEATHERAGE** and **COURTNEY NICOLE DEATHERAGE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense and, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms involved in the offense.

3. The property to be forfeited includes, but is not limited to, the following: $100.00 in United States Currency.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
Dwight Artis, NE Bar # 24743
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY